371 A.2d 520
P. & D. Plumbing & Heating v.
Dissabella, Appellant.

Argued September 21, 1976. W. J. Krencewicz, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

371 A.2d 524
Palmer Appeal.

Argued September 20, 1976. Della R. Cohen, with her Gregory Paulson, for appellant; I. Leonard Hoffman, with him Benjamin L. Winderman, for appellee.

Order affirmed.